United States Court of Appeals
**FOR THE EIGHTH CIRCUIT**
No. 97-4201

| | | |
|---|---|---|
| Bobbi Michelle Bruns, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | |
| | * | |
| Leech Lake Reservation Housing | * | |
| Authority, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| Leech Lake RTC Members, in their | * | District Court for the |
| official capacity; IHA Board of | * | District of Minnesota. |
| Commissioners; Martin Jennings; | * | [UNPUBLISHED] |
| Rocky Papsadora; Eli Hunt; Daniel | * | |
| Brown; Myron Ellis; Jack Seelye; | * | |
| Alfred Fairbanks; Sidney Jones; | * | |
| Kenneth Brown; Lillian Reese; | * | |
| Delores Larson; Esther Bogda; | * | |
| Mary Bebeau; Leech Lake | * | |
| Reservation Tribal Council, | * | |
| | * | |
| Defendants. | * | |

_____

Submitted: April 7, 1998

Filed: April 14, 1998

_____

Before BOWMAN, WOLLMAN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Bobbi Michelle Bruns appeals the district court's[1] dismissal for lack of subject matter jurisdiction her claim under Title VII, 42 U.S.C. §§ 2000e-2000e-17. After a careful review of the record and the parties' submissions on appeal, we affirm for the reasons stated by the district court. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable John R. Tunheim, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Raymond L. Erickson, United States Magistrate Judge for the District of Minnesota.